# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FREDDIE J. GAINES, et al.,

    Plaintiff(s),

v.

FLAGSTAR BANK FSB,

    Defendant(s).

Case No.: 2:19-cv-01628-GMN-NJK

**Order**

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than December 16, 2019, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

    IT IS SO ORDERED.

    Dated: December 6, 2019

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge