# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREDDIE J. GAINES, et al., <br>     Plaintiff(s), <br> v. <br> FLAGSTAR BANK FSB, <br>     Defendant(s). | Case No.: 2:19-cv-01628-GMN-NJK <br><br> **Order** |

Pending before the Court is a joint status report in which the parties agree to stay discovery pending resolution of Defendant's motion to dismiss. Docket No. 13; *see also* Docket No. 6 (motion to dismiss). Having analyzed the applicable standards, *see, e.g.*, *Kor Media Grp. LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013), discovery is hereby **STAYED** pending resolution of the motion to dismiss. In the event the resolution of the motion to dismiss does not result in the termination of this case, then a proposed discovery plan must be filed within 14 days of the issuance of the order resolving the motion to dismiss.

IT IS SO ORDERED.

Dated: December 17, 2019

                                                                            Nancy J. Koppe <br>
                                                                            United States Magistrate Judge